IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-MJ-2113-FL-1

| | |
|---|---|
| STATE OF NORTH CAROLINA, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )    ORDER |
| HANEEF GRAHAM, | )<br>)<br>) |
| Defendant. | ) |

With evidentiary hearing set for January 12, 2018, at 10:00 A.M. in New Bern, each party shall file, no later than January 8, 2018, a list of all witnesses the party, in good faith, reasonably anticipates will be called in its evidence-in-chief.

SO ORDERED, this the 19th day of December, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge