# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

STATE OF NORTH CAROLINA

V.

HANEEF GRAHAM

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:17-MJ-2113-1FL

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Louise W. Flanagan | U.S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

2/9/2018
Date